UNITED STATES of America,
Plaintiff-Appellee,

v.

William Timothy KEMPH,
Defendant-Appellant.

No. 16-6505

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2016

Decided: August 2, 2016

William Timothy Kemph, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Timothy Kemph appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Kemph, No. 2:06-cr-00159-AWA-JEB-1 (E.D. Va. filed Mar. 21, 2016 & entered Mar. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED